UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD L. BROWN,
    Plaintiff,

v.                                    CIVIL ACTION NO. 24-11292-NMG

TRANSUNION HOLDINGS, INC;
TRANSUNION, LLC; JOHN DOES 1
THROUGH 5; JANE DOES 6
THROUGH 10,
    Defendants.

REPORT AND RECOMMENDATION ON
<u>DEFENDANT, TRANSUNION, LLC'S, MOTION TO DISMISS (#7)</u>[1]

KELLEY, U.S.M.J.

I. <u>Background</u>.

    Pro se plaintiff Donald L. Brown filed suit in the Norfolk County, Massachusetts Superior Court against defendants Transunion Holdings, Inc, Transunion, LLC, John Does 1 through 5, and Jane Does 6 through 10. *See* #12-1 at 5-44. Transunion, LLC (here, "Trans Union") removed the case to this Court on the basis on federal question jurisdiction. (#1 at 1 (¶¶ 2-3).) Plaintiff asserts violations of the Fair Credit Reporting Act ("FCRA"), <u>15 U.S.C. § 1681</u> (Count I), *see* #12-1 at 18 (¶¶ 61-64); the Massachusetts Consumer Credit Reporting Act ("MCCRA"), <u>Mass. Gen. Laws ch. 93, § 54A</u> (Count II), *see* #12-1 at 19 (¶¶ 65-68); the Fair Debt Collection Practices Act ("FDCPA"), <u>15 U.S.C. § 1962</u> (Count III), *see* #12-1 at 20 (¶¶ 69-73); <u>Mass. Gen. Laws ch. 93, §</u>

---

[1] The motion has been referred to this court for report and recommendation. (#17.)

*Report and Recommendation accepted and adopted.*
*[signature] Gorton, USDJ 02/13/2025*

1